```
UNITED STATES DISTRICT COURT                       USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                      DOCUMENT
-------------------------------------------------X ELECTRONICALLY FILED
  CHRISTOPHER O'ROURKE ,                         : DOC #:
                                                 : DATE FILED: 11/14/2019
                                      Plaintiff, :
                                                 :
                   -against-                     :    19-CV-6083 (VEC)
                                                 :
                                                 :         ORDER
                                                 :
  PARAJULI & BROTHERS, INC.,                     :
                                                 :
                                     Defendant.  :
-------------------------------------------------X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 1, 2019, the Court scheduled an initial pretrial conference for November 8, 2019, at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, Dkt. 7;

WHEREAS on November 8, 2019, Defendant's counsel, Dilli Raj Bhatta from Bhatta Law, failed to appear for the initial conference;

WHEREAS the Court ordered Dilli Bhatta and Bhatta Law to show cause why they should not be sanctioned for their failure to comply with this Court's Order and be required to compensate Plaintiff's counsel, at his regular rate, for his time spent attending the conference on November 8, 2019;

WHEREAS counsel for Defendant has submitted a response to the Court's Order, stating that counsel failed to read the Court's Notice of Initial Conference and that counsel further misinterpreted the Court's second order, which specifically reminded the parties of both the Notice of Initial Conference and the existence of the November 8 conference; and

WHEREAS neither of the Court's orders were at all ambiguous as to the existence of a conference having been scheduled for November 8, 2019;

IT IS HEREBY ORDERED that Dilli Bhatta and Bhatta Law must compensate Plaintiff's counsel, at Plaintiff's counsel's regular rate, for one hour of Plaintiff's counsel's time spent attending the aborted conference on November 8, 2019.  No later than **November 22, 2019**, Defense counsel must inquire as to Plaintiff's regular rate, make prompt payment, and certify to the Court that payment has been made.  Counsel is reminded that future non-compliance with the Court's order(s) risks more substantial sanctions.

**SO ORDERED.**

Date:  November 14, 2019                                                **VALERIE CAPRONI**
       New York, New York                                              **United States District Judge**