UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CHRISTOPHER O'ROURKE,

                Plaintiff,

    -against-

PARAJULI & BROTHERS, INC.,

                Defendant.
---------------------------------------------------------X

CASE NO.: 1:19-cv-6083

**REQUEST FOR ADJOURNMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/2020

**MEMO ENDORSED**

    Dilli Raj Bhatta, counsel for the Defendant, respectfully submits:

    A Pre-Trial Conference in the above-captioned case is currently scheduled for February 21, 2020. I respectfully request an adjournment of that Conference as I have two hearings in the Immigration Court of New York that day. I have a hearing at 9:00 A.M. that morning for one client and then another hearing at 10:30 A.M. for another client.

    This is my first request for an adjournment. Plaintiff's counsel has consented to this adjournment. As an alternative date, I would propose February 28, 2020. If that is not acceptable to the Court, I would request March 20, 2020 as I have hearings scheduled for the Friday mornings between those two dates.

    Respectfully submitted,

Dated: January 30, 2020

    /s/ Dilli Raj Bhatta
    Dilli Raj Bhatta, Esq.
    Bhatta Law & Associates
    18 East 41st Street, Suite 1105
    New York, New York 10017
    Phone No.: 6464624246
    Fax No.: 646-355-0117
    *Attorneys for Defendant*

---

The February 21 conference is adjourned to **February 28, 2020, at 10:00 A.M.** The parties' joint pre-conference letter is due by **February 20, 2020**.

SO ORDERED.    Date: 01/30/2020

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE